54-54
DPW/slc

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA SWITZER, | ) |
| Plaintiff, | ) |
| vs. | ) Court No 19-2005 |
| DILLMAN EYE CARE ASSOCIATES and DR. DAVID DILLMAN, | ) |
| Defendants. | ) |

**PROPOSED AMENDED DISCOVERY PLAN**

Counsel for the Plaintiff, BARBARA SWITZER, and counsel for the Defendants, DILLMAN EYE CARE ASSOCIATES and DR. DAVID DILLMAN, having conferred by telephone on October 30, 2019, for the purpose of formulating a proposed amended discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. Depositions of Dr. Dillman and Plaintiff's treating physicians shall be completed by **February 28, 2020**.

2. Plaintiff shall disclose experts and provide expert reports by **March 31, 2020**. Plaintiff shall make any such experts available for deposition by **April 30, 2020**.

3. Defendant shall disclose experts and provide expert reports by **July 31, 2020**. Defendant shall make any such experts available for deposition by **August 31, 2020**.

4. All discovery, including deposition of experts, is to be completed by **September 30, 2020**.

5. The deadline for filing case dispositive motions shall be **October 31, 2020**.

| BARBARA SWITZER, Plaintiff | DILLMAN EYE CARE ASSOCIATES and DR. DAVID DILLMAN, Defendants |
|---|---|
| BY: /s/ Robert A. Montgomery<br>Robert A. Montgomery<br>Law Offices of Robert A. Montgomery<br>161 North Clark Street, Suite 3050<br>Chicago, IL 60601<br>Phone: 219/218-7222<br>Fax: 312/605-8808<br>Email: rm@rmontlaw.com | BY: /s/ Daniel P. Wurl<br>Daniel P. Wurl, ARDC #: 6282157<br>HEYL, ROYSTER, VOELKER & ALLEN<br>301 N. Neil Street, Suite 505<br>Champaign, IL 61820<br>Telephone  217.344.0060<br>Facsimile  217.344.9295<br>E-Mail:  dwurl@heylroyster.com |

**CERTIFICATE OF FILING AND PROOF OF SERVICE**

I hereby certify that on October 31, 2019, I electronically filed the foregoing **PROPOSED AMENDED DISCOVERY PLAN** with the Clerk of the Court using the CM/ECF system, which will send notification to:

Robert A. Montgomery
Law Offices of Robert A. Montgomery
161 North Clark Street, Suite 3050
Chicago, IL 60601
Email: rm@rmontlaw.com

I also hereby certify that I have mailed by United States Postal Service the above-referenced document to the following non-CM/ECF participant:

None.

BY: /s/ Daniel P. Wurl

Heyl, Royster, Voelker & Allen, PC
301 North Neil Street, Suite 505
P.O. Box 1190
Champaign, IL 61824-1190
Phone: 217.344.0060
Primary e-service: urbecf@heylroyster.com
Secondary e-service #1: dwurl@heylroyster.com
Secondary e-service #2: schalmers@heylroyster.com

37126499_1